FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH LANARD TRAYLOR,

    Defendant.

2:11-CR-100-LDG (PAL)

## ORDER OF FORFEITURE

This Court found on December 20, 2011, that KEITH LANARD TRAYLOR shall pay a criminal forfeiture money judgment of $5,480.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Docket #31.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEITH LANARD TRAYLOR a criminal forfeiture money judgment in the amount of $5,480.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this _18_ day of _April_, 2012.

_____
UNITED STATES DISTRICT JUDGE